**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:04-CR-0252** |
| | : | |
| **v.** | : | **(Judge Conner)** |
| | : | |
| **FRED WOGAN** | : | |

## ORDER

AND NOW, this 13th day of September, 2005, upon consideration of defendant's motion (Doc. 67), requesting that the judgment in this case be amended to reflect a special assessment fee of $25 rather than $100, see FED. R. CRIM. P. 36 ("[T]he court may at any time correct a clerical error in a judgment, order, or other part of the record, or correct an error in the record arising from oversight or omssion."), and it appearing that defendant was convicted of an offense for which a maximum special fee of $25 may be assessed, compare 18 U.S.C. § 2113(b) with id. § 3559 with id. § 3013, it is hereby ORDERED that:

1. The motion (Doc. 67) is GRANTED.

2. The judgment (Doc. 66) in the above-captioned case is AMENDED only to reflect a special assessment fee of $25. See FED. R. CRIM. P. 36. The judgment shall otherwise remain unchanged.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge